## GLOVER *v.* LOVE.

**APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.**

No. 62. Submitted October 28, 1881. — Decided November 7, 1881.

Affirmed on the facts.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

We have carefully examined all the testimony in this case, and are satisfied with the decree below. It is abundantly proven that the stock which the assignee in bankruptcy now seeks to reach, never was in equity the property of the bankrupt. Unless all the testimony is to be disbelieved, the original purchases were made honestly and in good faith with the proceeds of the separate

estate of the wife, and years before the bankrupt became involved in the liabilities which caused his failure.

*The decree is affirmed.*

*Mr. John R. Shepley* and *Mr. S. T. Glover* for plaintiff in error.

*Mr. J. E. McKeighan* for defendants in error.